UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAVEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　　　Defendant. | Case No. 20-cv-07779-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 8 |

This case was opened when plaintiff wrote a letter to the court.[1] In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. The twenty-eight days has passed, and plaintiff has not filed a complaint or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due and plaintiff's incomplete motion to proceed in forma pauperis (Docket No. 8) is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 9, 2020

　　　　　　　　　　　　　　　　　　　　*/s/ Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] To the extent plaintiff raises concerns regarding the class action case, *Scholl v. Mnuchin*, 20-cv-5309 PJH, plaintiff's letter was forwarded to class counsel.